EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AUREA DIAZ LOPEZ,<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-02876-GW-SS<br><br>**JUDGMENT** |

-1-

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: 9/26/16                         /S/
                                       HONORABLE SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE